IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| JEFF RESTIVO, Derivatively on Behalf of Nominal Defendant REGIONS FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL W. BARTHOLOMEW, JR., et al.,<br><br>Defendants,<br><br>and<br><br>REGIONS FINANCIAL CORPORATION,<br><br>Nominal Defendant. | Case No. 2:09-cv-02513-SHM-dkv |

## ORDER OF VOLUNTARY DISMISSAL

The parties in this action have submitted a proposed Agreed Order of Voluntary Dismissal. In furtherance of that proposed Order and as evidenced by the signatures of the parties on that proposed Order, this action is hereby DISMISSED. The parties shall each bear their own costs and fees associated with this action.

It is so ORDERED this 19th day of October, 2009.

*s/Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE