UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JEFF RESTIVO, Derivatively on
Behalf of Nominal Defendant REGIONS
FINANCIAL CORPORATION,

    Plaintiff,

v.      Cv. No. 09-2513-Ma

SAMUEL W. BARTHOLOMEW, JR.,
et al.,

    Defendants,

and

REGIONS FINANCIAL CORPORATION,

    Nominal Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Voluntary Dismissal, docketed October 19, 2009.

**APPROVED:**

*S/ Samuel H. Mays Jr.*
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 20, 2009      THOMAS M. GOULD
DATE      CLERK

     *S/ Jean Lee*
     (By) DEPUTY CLERK